IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3088 |
| vs. | |
| ARACELY HEREDIA MARTINEZ, | ORDER |
| Defendant. | |

Aracely Heredia Martinez is a fugitive from justice and a warrant (filing 287) has been issued for her arrest. Accordingly,

IT IS ORDERED that this matter, as to Aracely Heredia Martinez only, is removed from the trial docket, and the government shall call this matter to the Court's attention when the defendant is apprehended.

Dated this 5th day of November, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge