IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3088 |
| vs. | |
| ARACELY HEREDIA MARTINEZ, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 989). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's motion to dismiss (filing 989) is granted.

2. The indictment is dismissed without prejudice as to defendant Aracely Heredia Martinez.

3. This case is closed.

Dated this 28th day of April, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge